# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**LOHOMA WILLIAMS**
       **Plaintiff**

**V.**

**CIVIL ACTION**

**NO. 11CV11951-RWZ**

**EOS CCA**
       **Defendant**

## ORDER OF DISMISSAL

**ZOBEL, D. J.**

For failure of the plaintiff to file a return of service and/or show good cause why service has not been made, it is hereby ORDERED that the above-entitled action be and hereby is dismissed without prejudice, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure and Local Rule 4.1(b).

By the Court,

8/23/12                              s/ Lisa A. Urso
**Date**                                 **Deputy Clerk**